# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BRENDA BRUCE** **PLAINTIFF**

**vs.** **4:09CV00442-WRW**

**CHASE AUTO FINANCE**
**CORPORATION** **DEFENDANT**

## ORDER

Pending is Plaintiff's unopposed Motion to Dismiss (Doc. No. 6) which is GRANTED:

Plaintiff's Complaint is DISMISSED without prejudice.

IT IS SO ORDERED this 27th day of July, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE